**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1605**

_____

PARAMONT CONTURA, LLC,

         Petitioner,

    v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; JAMIE L. BILLITER,

         Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.  (24-0335 BLA)

_____

Submitted:  April 22, 2026                Decided:  July 29, 2026

_____

Before GREGORY and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:**  Timothy W. Gresham, Kendra R. Prince, PENN, STUART & ESKRIDGE, Abingdon, Virginia, for Petitioner.  Brad A. Austin, WOLFE WILLIAMS & AUSTIN, Norton, Virginia, for Respondent Jamie L. Billiter.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paramont Contura, LLC, petitions for review of the Benefits Review Board's (BRB) decision and order affirming the Administrative Law Judge's (ALJ) award of black lung benefits pursuant to 30 U.S.C. §§ 901-944. Our review of the BRB's decision is limited to considering "whether substantial evidence supports the factual findings of the ALJ and whether the legal conclusions of the [BRB] and ALJ are rational and consistent with applicable law." *Westmoreland Coal Co. v. Stallard*, 876 F.3d 663, 668 (4th Cir. 2017) (internal quotation marks omitted). "Substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Sea "B" Mining Co. v. Addison*, 831 F.3d 244, 252 (4th Cir. 2016) (internal quotation marks omitted). "To determine whether this standard has been met, we consider whether all of the relevant evidence has been analyzed and whether the ALJ has sufficiently explained h[er] rationale in crediting certain evidence." *Hobet Mining, LLC v. Epling*, 783 F.3d 498, 504 (4th Cir. 2015) (internal quotation marks omitted).

Upon review of the record, we conclude that the BRB's decision is based on substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the BRB. No. 24-0335 BLA. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2